UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS BRYAN HEALER,<br><br>　　　　　　　Defendant. | Case No. CR21-170JCC<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　(1)　Defendant has been charged by indictment with Count 1: Conspiracy to Distribute Controlled Substances. Defendant is viewed as a risk of nonappearance based on his history of failing to appear for court hearings. On December 13, 2019, in Kitsap County Superior Court, Defendant plead guilty to controlled substance, meth manufacture, deliver, possession and firearm possession. Defendant failed to appear for his sentencing and has active warrants at the

DETENTION ORDER - 1

time of this arrest. Defendant is viewed as a risk of danger based on the nature of the instant offense, his behavior at the time of his arrest (including discharging a firearm), his criminal history and prior convictions for unlawful possession of firearms.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

(5)   The Defendant, though his attorney, may motion the Court to revisit this detention order should the Defendant's medical needs increase such that he needs hospitalization, surgical intervention and greater medical care than is available at the detention center.

DATED this 9th day of November, 2021.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2